UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20529-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL HERNANDEZ,

    Defendant.

_____/

**NOTICE OF FILING SENTENCING MITIGATION LETTERS**

By and through undersigned counsel, defendant, Daniel Hernandez, files the following attached letters, which he respectfully requests that the Court read and consider as mitigation evidence at sentencing.

1. Daniela Hernandez
2. Elizabeth C. Hernandez
3. Emily Goita
4. Griska Mena
5. Jose Becerra
6. Leslie Hernandez
7. Miltka Hernandez
8. Mirtha Hernandez
9. Rigoberto Hernandez
10. Sheila Villarreal

11. Yordanka Hernandez

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Facsimile:   (305) 570-1599
Email:         hbell@bresq.com
*Counsel for Daniel Hernandez*

By: ____s/Henry P. Bell_____
          Henry P. Bell

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on March 7, 2022, a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

By:   s/   Henry   P.   Bell
         HENRY P. BELL
         Fla. Bar No. 0090689